# JOHN S. WALLENSTEIN
## Attorney at Law
1100 Franklin Avenue
Garden City, New York 11530
(516) 742-5600  Fax (516)742-5040
email: jswallensteinesq@outlook.com

June 29, 2020

**MEMO ENDORSED**

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

      Re:   United States v. Caso, et al
           Defendant Eric Baker
           Indictment # 20 CR 125 (KMK)

Dear Judge Karas;

    Mr. Baker has retained counsel for the balance of the case. Mark I. Cohen, Esq., has filed a Notice of Appearance on his behalf, ECF # 41. I have delivered the discovery received from the Government, and other pertinent documents, to Mr. Cohen, and discussed the matter with him.

    I respectfully request that I be permitted to withdraw as CJA counsel, and to file a voucher for my time and expenses to date.

    Thank you for your courtesy and consideration.

Granted, with the thanks of the Court.

Respectfully yours,

So Ordered.

*[signature]*
JSW/hs   7/6/20

JOHN S. WALLENSTEIN